Daniel H. Cronin, of Detroit, Mich., for appellant.

Howard D. Brown and George H. Cary, both of Detroit, Mich., for appellee.

PER CURIAM.

Dismissed pursuant to stipulation of counsel.

**Isobel D. WALSH, as Executrix of the Estate of Jack T. Walsh, v. COMMISSIONER OF INTERNAL REVENUE.**

No. 6908.

Circuit Court of Appeals, Sixth Circuit.

Feb. 6, 1936.

H. H. Felsman, of Cleveland, Ohio, for petitioner.

Robert H. Jackson, Asst. Atty. Gen., for respondent.

Before MOORMAN, HICKS, and ALLEN, Circuit Judges.

PER CURIAM.

The order of the Board of Tax Appeals is affirmed on the grounds and for the reasons set forth in the board's opinion of November 1, 1933.

**Isobel D. WALSH, v. COMMISSIONER OF INTERNAL REVENUE.**

No. 6909.

Circuit Court of Appeals, Sixth Circuit.

Feb. 6, 1936.

H. H. Felsman, of Cleveland, Ohio, for petitioner.

Robert H. Jackson, Asst. Atty. Gen., for respondent.

Before MOORMAN, HICKS and ALLEN, Circuit Judges.

PER CURIAM.

For the reasons stated in the order of the court this day entered in Isobel D. Walsh, as Executrix, v. Commissioner (C.C.A.) 84 F.(2d) 1021, the order of the Board of Tax Appeals is affirmed.

**Isobel WALSH, as Guardian of Alice Walsh, a Minor, v. COMMISSIONER OF INTERNAL REVENUE.**

No. 6910.

Circuit Court of Appeals, Sixth Circuit.

Feb. 6, 1936.

H. H. Felsman, of Cleveland, Ohio, for petitioner.

Robert H. Jackson, Asst. Atty. Gen., for respondent.

Before MOORMAN, HICKS, and ALLEN, Circuit Judges.

PER CURIAM.

For the reasons stated in the order of the court this day entered in Isobel D. Walsh, as Executrix, v. Commissioner (C.C.A.) 84 F.(2d) 1021, the order of the Board of Tax Appeals is affirmed.

**Paul E. WATKINS v. CARRS FORK COAL SALES COMPANY.**

No. 7416.

Circuit Court of Appeals, Sixth Circuit.

June 1, 1936.

Howard, Howard & Howard, of Kalamazoo, Mich., for appellant.

Knappen, Uhl, Bryant & Snow, of Grand Rapids, Mich., for appellee.

PER CURIAM.

Docketed and dismissed on motion of appellant.

**William WEAVER, alias Phœnix Donald, Appellant, v. UNITED STATES of America.**

No. 10670.

Circuit Court of Appeals, Eighth Circuit.

May 21, 1936.